# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12719

_____

ANTONIO CABALLERO,

                                        Plaintiff-Appellant,

*versus*

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA,
a.k.a. FARC-EP
a.k.a. Revolutionary Armed Forces of Colombia
NORTE DE VALLECARTEL,
SUNSTATE BANK,
MAGUS HOLDING LLC,
TINDAYA PROPERTIES OF NEW YORK II CORP,

                                        Defendants-Appellees,

2                    Order of the Court                    23-12719

EJERCITO DE LIBERACION NACIONAL ,
a.k.a. ELN,

                                                           Defendant,

GLOBOVISION TELE CA, CORP.,
SEGUROS LA VITALICIA C.A.,
GLOBOVISION TELE C.A.,
CORPOMEDIOS GV INVERSIONES, C.A.,
CORPOMEDIOS LLC, et al.,

                                         Interested Parties-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:18-cv-25337-KMM

_____

_____

No. 23-13180

_____

ANTONIO CABALLERO,

23-12719　　　　　　　　Order of the Court　　　　　　　　3

　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellee,

*versus*

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA,
a.k.a. FARC-EP,
a.k.a. Revolutionary Armed Forces of Colombia, et al.,

　　　　　　　　　　　　　　　　　　　　Defendants,

MAGUS HOLDING LLC,
TINDAYA PROPERTIES OF NEW YORK II CORP,

　　　　　　　　　　　　　　Defendants-Interested Parties-Appellants,

RAUL GORRIN BELISARIO,
GUSTAVO PERDOMO ROSALES,
GLOBOVISION TELE C.A.,
GLOBOVISION TELE CA, CORP.,
SEGUROS LA VITALICIA C.A., et al.,

　　　　　　　　　　　　　　　　　Interested Parties-Appellants.

────────────────

Appeal from the United States District Court
for the Southern District of Florida

4                       Order of the Court                       23-12719

D.C. Docket No. 1:18-cv-25337-KMM

_____

ORDER:

Plaintiff's motions to consolidate are GRANTED.

Briefing in these consolidated appeals shall proceed pursuant to this Court's rules regarding cross-appeals, with Plaintiff filing the first brief.

                                      _s/ Elizabeth L. Branch_____
                                      UNITED STATES CIRCUIT JUDGE